IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| GEORGE CARY CLOUD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 3:18-CV-562-ALB |
| DR. ELLIS, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On July 3, 2019, the Magistrate Judge entered a Recommendation (Doc. 18) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 19th day of September 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE